UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CHARLOTTE MICHELLE BABISHKAN
f/k/a CHARLOTTE MICHELLE DAVIS, ET AL.                                           PLAINTIFFS

V.                                                            CIVIL ACTION NO. 1:05CV0008 LTS-JMR

SOUTHERN HOMES/SOUTHERN LIFESTYLES, ET AL.                        DEFENDANTS

## JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

In accordance with the Memorandum Opinion I have this day entered, it is

**ORDERED AND ADJUDGED**

That the motion to dismiss pursuant to F.R.Civ.P. 12(b)(6) filed by Defendant Allen and Smith Insurance Agency [24] is hereby **GRANTED**, and the plaintiffs' claims against Defendant Allen and Smith Insurance Agency are hereby **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED** this 28th day of March, 2006.

s/ *L. T. Senter, Jr.*

L. T. Senter, Jr.
Senior Judge